ACCEPTED
12-14-00158
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/12/2015 12:43:11 PM
CATHY LUSK
CLERK

**CASE NO.: 12-14-00158-CR CR**
**Trial Court Case Number: 007-0505-13**

**RICKY NEAL, JR.,**
**Appellant,**

**vs.**

**THE STATE OF TEXAS,**
**Appellee.**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/12/2015 12:43:11 PM
CATHY S. LUSK
Clerk

**THE TWELFTH COURT OF APPEALS, TYLER DIVISION**

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Appellant, RICKY NEAL, JR., in the above-styled and numbered cause, by and through the undersigned counsel, and files this Motion for Extension of Time to File Initial Brief in accordance with Texas Rule of Appellate Procedure 10.5(b). In support thereof, the undersigned would show this Honorable Court as follows:

1. A Smith County jury returned a verdict of guilty against Appellant for the offense of murder on May 21, 2014. The 7th Judicial District Court thereafter sentenced Appellant to a term of Life in the Texas Department of Criminal Justice.

2. On June 16, 2014, Appellant filed his notice of appeal with this Court.

3. On September 20, 2014, the undersigned received 19 volumes of the official court reporter's record of the case. The undersigned has not yet completed a review of the transcripts.

4. The undersigned is presently reviewing trial counsel's discovery file which consists of a banker box of discovery reports, statements, exhibits and CD-ROM video recordings of the crime scene.

5. Appellant's brief is presently due on or before January 20, 2015.

6. Despite the undersigned's best efforts, it is unlikely that the initial brief on the merits will be complete prior to expiration of the present briefing deadline. For the last 30-days, counsel has worked almost exclusively on a capital murder federal habeas writ due that is due on January 13, 2015 to the United States District Court for the Western District of Texas in the matter of *Paul DeVoe v. Stephens (Director of TDCJ)*, 1:14CV00151-SS.

7. In lieu of the above circumstances, the undersigned respectfully submits that a 30-day extension of the briefing deadline would best serve the ends of justice in this cause.

8. This is counsel's second request for extension in this cause.

9. On January 7, 2015, the undersigned contacted Assistant District Attorney Michael J. West with respect to this motion. The State **does not oppose** this motion.

WHEREFORE, PREMISES CONSIDERED, the Defendant hereby specifically requests that this Honorable Court grant a 30-day extension from the present deadline date for the filing of Appellant's initial brief.

Respectfully submitted,

/s/ Carlo D'Angelo
CARLO D'ANGELO
ATTORNEY AT LAW
100 East Ferguson, Suite 1210
Tyler, Texas 75702
Texas State Bar No. 24052664
Tel 903.595.6776
Fax 903.407.4119
carlo@dangelolegal.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was furnished to Assistant District Attorney Michael J. West, Office of the District Attorney, 100 North Broadway, 4th Floor, Smith County, Texas, 75702 via electronic filing on this 12 January 2015.

/s/ Carlo D'Angelo
Carlo D'Angelo